IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv062

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFAULT JUDGMENT** |
| | ) | **OF FORFEITURE** |
| $19,923.00 in UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Default Judgment of Forfeiture. [Doc. 6].

The Government filed a verified Complaint for forfeiture *in rem* of the defendant property on February 19, 2008. [Doc. 1]. The Court found probable cause for forfeiture and issued a warrant for arrest *in rem*. [Doc. 2]. Process was fully issued in this action and returned according to law. [Doc. 3]. Pursuant to the warrant for arrest *in rem*, the Government duly seized the defendant property.

The Government identified in the Complaint all known persons who may have potential claims to the defendant property and has attempted to serve such persons with copies of the Complaint by certified mail, return

receipt requested, at their last known addresses.  As to all persons in the world with potential claims to the defendant property, service of process was made by publication of notice in The Mecklenburg Times on March 21, March 28, and April 4, 2008, as shown on the Process Receipt and Return dated April 9, 2008.  [Doc. 4].  No person has filed a claim or answer within the time required by the Complaint, the public notices, or Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

The Government filed a Motion for Entry of Default [Doc. 5] on May 14, 2008, which the Clerk granted on May 21, 2008.  [Doc. 7].

Based on the pleadings, the Court's previous finding of probable cause, and the default of all known potential claimants and all other persons in the world, the Court determines that the United States is entitled to a default judgment of forfeiture against the defendant property.

Accordingly, **IT IS, THEREFORE, ORDERED** that a default judgment of forfeiture is entered against the defendant property.

Signed: June 3, 2008

Martin Reidinger
United States District Judge